AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Arcara, Richard J | 2. Court or Organization  U.S. District Court W.D.N.Y. | 3. Date of Report  05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief U.S. District Jjdge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  68 Court Street, Room 609 Buffalo, New York 14202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 19 P 1:41
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | AAA Western and Central New York Board Member - Stipend |
| 2. | 2007 | Executive Dimensions - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/23/2008 and 3/24/2008 | New York, New York | Attendance at Dinner | Reimbursement for lodging, meals, transportation for attendance at Annual Dinner in Honor of Federal Judiciary |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Visa | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC Dain Rauscher SEP | | | | | | | | | |
| 2. Tamarack Invt. Fds. Prime | A | Dividend | J | T | | | | | |
| 3. Aim Basic Value Fund C | B | Dividend | J | T | | | | | |
| 4. AlianceBern Large Cap GrowthA | | None | J | T | buy | 6/4 | J | | |
| 5. Allianz NFJ Dividend Val. Cl.C | B | Dividend | K | T | buy | 4/5 | J | | |
| 6. Allianz NFJ Dividend Val. Cl.C | | None | | T | buy | 6/4 | K | | |
| 7. Davis NY Venture Fund | A | Dividend | K | T | | | | | |
| 8. DWS Dreman High Rtn Cl.C | B | Dividend | K | T | | | | | |
| 9. Fidelity Adv. New Insights Cl.A | A | Dividend | K | T | buy | 6/4 | K | | |
| 10. Fidelity Adv New Insight C | A | Dividend | K | T | | | | | |
| 11. GS Core U.S. Equity-C | B | Dividend | J | T | | | | | |
| 12. Jennison Growth Cl. A | | None | J | T | | | | | |
| 13. Kinetics Paradigm Fund Cl.C | A | Dividend | J | T | buy | 10/29 | J | | |
| 14. Royce Fund-PA | C | Dividend | K | T | buy | 6/4 | K | | |
| 15. Royce Fund-Total Return Con | B | Dividend | K | T | buy | 6/4 | K | | |
| 16. Europacific Growth Cl.A | B | Dividend | J | T | | | | | |
| 17. Putnam Intl Equity C | B | Dividend | J | T | buy | 6/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Foreign A | D | Dividend | K | T | buy | 6/4 | K | | |
| 19. Templeton Growth Cl.A | B | Dividend | K | T | | | | | |
| 20. Templeton Growth Cl.C | A | Dividend | J | T | buy | 6/4 | J | | |
| 21. Thornburg Intl Value Cl.A | B | Dividend | K | T | | | | | |
| 22. Eaton Vance High Income | B | Dividend | K | T | buy | 4/5 | J | | |
| 23. Goldman Sachs HY Cl.A | C | Dividend | K | T | | | | | |
| 24. Nuveen Multi-Strategy I & G | A | Dividend | J | T | buy | 5/24 | J | | |
| 25. Nuveen Preferred & Conv. Income | A | Dividend | | | sold | 5/24 | J | | |
| 26. Pimco High Income Fd | A | Dividend | J | T | buy | 6/4 | J | | |
| 27. Pimco High Income Fd | | None | | | buy | 7/24 | J | | |
| 28. Ivy Asset Strat A | A | Dividend | K | T | buy | 2/21 | K | | |
| 29. RBC Dain Rauscher IRS | | | | | | | | | |
| 30. Tamarack Invt. Fds. Prime | A | Dividend | J | T | | | | | |
| 31. AIM Charter A | A | Dividend | J | T | | | | | |
| 32. Alliance Bern Large Cap Growth A | | None | J | T | | | | | |
| 33. DWS Dreman High Tm. Fnd.A | A | Dividend | J | T | | | | | |
| 34. Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 36. Royce Fund-PA | A | Dividend | J | T | | | | | |
| 37. New Perspective Cl.A | | None | J | T | | | | | |
| 38. Templeton Growth A | A | Dividend | J | T | | | | | |
| 39. RBC Dain Rauscher | | | | | | | | | |
| 40. Tamarack Invt. Fds. Prime | C | Dividend | K | T | | | | | |
| 41. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 42. Angiodynamics, Inc. | | None | | T | buy | 4/16 | J | | |
| 43. Angiodynamics, Inc. | | None | | T | sell | 8/17 | J | A | |
| 44. Blackrock Real Asset Equity | B | Dividend | K | T | buy | 1/12 | J | | |
| 45. Chesapeake Energy Corp. | A | Dividend | J | T | buy | 5/31 | J | | |
| 46. Cisco Systems | | None | J | T | | | | | |
| 47. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 48. Columbus McKinnon Corp NY | | None | | T | buy | 8/9 | J | | |
| 49. Columbus McKinnon Corp NY | | None | | T | sell | 10/23 | J | B | |
| 50. DuPont E I Nemours & Co. | A | Dividend | J | T | | | | | |
| 51. DWS Dreman High Trn.Fnd.C | | None | K | T | buy | 12/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate ●nly) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eastman Kodak | A | Dividend | J | T | | | | | |
| 53. Ebay, Inc. | | | J | T | | | | | |
| 54. Fidelity Adv New Insight C | A | Dividend | K | T | buy | 12/27 | K | | |
| 55. Fidelity Adv Small Cap Value C | | None | K | T | buy | 12/27 | K | | |
| 56. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 57. JP Morgan US Large Cap Core Plus C | | None | J | T | buy | 12/27 | J | | |
| 58. KeyCorp New | A | Dividend | J | T | | | | | |
| 59. Kinetics Paradigm Fund Cl.C | A | Dividend | J | T | buy | 12/27 | J | | |
| 60. Liberty Global, Inc. A | | None | J | T | | | | | |
| 61. Liberty Global, Inc. C | | None | J | T | | | | | |
| 62. Liberty Media Interactive A | | None | J | T | | | | | |
| 63. Liberty Media Hold - Cap Ser A. | | None | J | T | | | | | |
| 64. Paychex Inc. | A | Dividend | J | T | buy | 4/16 | J | | |
| 65. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 66. Sector Sp. Fed Energy | A | Dividend | K | T | | | | | |
| 67. Tenet Healthcare Corp. | | None | J | T | buy | 8/8 | J | | |
| 68. Time Warner Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Valero Energy Corp. | A | Dividend | J | T | buy | 1/10 | J | | |
| 70. Alpine Total Dynamic Div Fund | B | Dividend | K | T | buy | 1/26 | K | | |
| 71. Blackrock Intl Growth & Income Fund | | None | K | T | buy | 12/24 | K | | |
| 72. Cameco Corp | A | Dividend | J | T | buy | 1/8 | J | | |
| 73. Eaton Vance Tax-Managed Global | B | Dividend | K | T | buy | 2/22 | K | | |
| 74. Templeton Growth C | | None | K | T | buy | 12/27 | K | | |
| 75. Blackrock Enhanced Gov't | | None | J | T | buy | 12/24 | J | | |
| 76. Blackrock Enhanced Gov't | | None | | T | buy | 12/28 | J | | |
| 77. RMK High Income | B | Dividend | J | T | | | | | |
| 78. General Mtrs Accept Corp | | None | J | T | buy | 12/24 | J | | |
| 79. GMAC Smartnotes | | None | J | T | buy | 12/24 | J | | |
| 80. GMNA REMIC 2003-110-PC | | None | J | T | buy | 1224 | J | | |
| 81. FHLMC REMIC 2864-A4 Lottery Bond | A | Dividend | J | T | buy | 5/31 | J | | |
| 82. FNMA REMIC 03-54-KB | | None | J | T | buy | 12/24 | J | | |
| 83. Residential Asset Sec 20 | | None | K | T | buy | 12/24 | K | | |
| 84. FHLMC REMIC 3024-CD | | None | J | T | buy | 12/24 | J | | |
| 85. FHLMC REMIC 3067-CD | A | Dividend | K | T | buy | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 <br> P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 | L =$50,000 - $100,000 <br> P1 =$1,000,001 - $5,000,000 <br> P4 =More than $50,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FHLMC REMIC3067-CD | | None | | T | buy | 12/24 | J | | |
| 87. Chase Mortgage FIN Tr 20 | | None | K | T | buy | 12/24 | K | | |
| 88. CSMC Mtg-Bkd Pass Thru | | None | K | T | buy | 12/24 | K | | |
| 89. Banc of America FDG Corp | A | Dividend | K | T | buy | 8/9 | K | | |
| 90. Countrywide Alt. Ln. Trust | B | Dividend | J | T | | | | | |
| 91. Countrywide Capital V | B | Dividend | J | T | | | | | |
| 92. Keycorp Capital IX | | None | K | T | buy | 12/24 | K | | |
| 93. CBTCS for JC Penney Co | A | Dividend | J | T | buy | 1/25 | J | | |
| 94. Ivy Asset Strategy C | | None | K | T | buy | 12/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/06/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

May 13, 2008

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544